IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00054-RJC-DSC

| | | |
|---|---|---|
| LISA ANTOINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IVY AT GASTONIA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Amended Motion for Admission *Pro Hac Vice* and Affidavit [for Lisa Kuhlman]" (document # 16) and the "Motion to Extend Time to Respond to Plaintiff's Memorandum for the Court to Intervene to Enforce Settlement Agreement…" (document #17) filed November 4, 2020. For the reasons set forth therein, the Motions will be granted. Defendant's response to Plaintiff's Memorandum will be due on or before November 12, 2020.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 5, 2020

David S. Cayer
United States Magistrate Judge